UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------------X

| | |
|---|---|
| ROSEANN PAYNE, | **NOTICE OF MOTION** |
| Plaintiff, | 14 CV 7098 (ALC) |
| -against- | |
| IMANI KIRKLAND, | |
| Defendant. | |

------------------------------------------------------------------------------X

**PLEASE TAKE NOTICE** that upon the annexed Memorandum of Law dated March 17, 2017, and accompanying declarations of Brett H. Klein and Eric Hecker dated March 17, 2017, the undersigned shall move this Court before the Honorable Andrew L. Carter, Jr. United States District Judge, at the United States Courthouse for the Southern District of New York, for an order granting Plaintiff's Motion for Attorneys' Fees and Costs.

Dated: New York, New York
      March 17, 2017

                                     BRETT H. KLEIN, ESQ., PLLC
                                     Attorneys for the Plaintiff
                                     305 Broadway, Suite 600
                                     New York, New York 10007
                                     (212) 335-0132

                                   By:    _s/ Brett H. Klein_____
                                             BRETT H. KLEIN

To:    Yan Fu, Esq.