| Date | Matter | Description | User | Rate | Total |
|---|---|---|---|---|---|
| 03/17/2017 | PayneRos.01 | DAR-Draft and revise: Finalize Decl. and MOL - interoffice conference with LGS | Brett Klein<br>4.50 | $575.00 | $2,587.50 |
| 03/17/2017 | PayneRos.01 | DAR-Draft and revise: conduct legal research, review, edit, and finalize fees motion, interoffice conference with BK re same | Lissa Green-Stark<br>3.80 | $350.00 | $1,330.00 |
| 03/16/2017 | PayneRos.01 | DAR-Draft and revise: Finish drafting MOL and declaration. Review file. | Brett Klein<br>5.91 | $575.00 | $3,398.25 |
| 03/15/2017 | PayneRos.01 | DAR-Draft and revise: MOL and Declaration in Support. | Brett Klein<br>3.50 | $575.00 | $2,012.50 |
| 03/14/2017 | PayneRos.01 | DAR-Draft and revise: MOL. | Brett Klein<br>3.00 | $575.00 | $1,725.00 |
| 03/13/2017 | PayneRos.01 | DAR-Draft and revise: Fees motion. | Brett Klein<br>3.00 | $575.00 | $1,725.00 |
| 03/08/2017 | PayneRos.01 | DAR-Draft and revise: motion for fees. | Brett Klein<br>3.00 | $575.00 | $1,725.00 |
| 03/07/2017 | PayneRos.01 | DAR-Draft and revise: fees motion. | Brett Klein<br>4.00 | $575.00 | $2,300.00 |
| 03/01/2017 | PayneRos.01 | DAR-Draft and revise: Draft and revise proposed judgment. Email to AAG Hartofilis. Email to judgment clerk. | Brett Klein<br>0.50 | $575.00 | $287.50 |
| 02/17/2017 | PayneRos.01 | EML-Email: with AAG Hartofilis. | Brett Klein<br>0.10 | $575.00 | $57.50 |
| 02/17/2017 | PayneRos.01 | DAR-Draft and revise: letter to ALC extending time. Conduct legal research re Rule 54 and LCR 54.1. | Brett Klein<br>1.00 | $575.00 | $575.00 |
| 02/16/2017 | PayneRos.01 | EML-Email: with AAG Hartofilis. | Brett Klein<br>0.10 | $575.00 | $57.50 |
| 02/07/2017 | PayneRos.01 | EML-Email: with AAG Hartofilis re: settlement. | Brett Klein<br>0.10 | $575.00 | $57.50 |
| 12/30/2016 | PayneRos.01 | DAR-Draft and revise: letter to the Court. | Brett Klein<br>0.67 | $575.00 | $385.25 |
| 12/30/2016 | PayneRos.01 | TC-Telephone conference with: with AAG Hartofilis re: settlement. | Brett Klein<br>0.25 | $575.00 | $143.75 |

| Date | Matter | Description | User | Rate | Total |
|---|---|---|---|---|---|
| 12/29/2016 | PayneRos.01 | TC-Telephone conference with: TC with Maria. Offer: 50k. | Brett Klein 0.25 | $575.00 | $143.75 |
| 10/31/2016 | PayneRos.01 | DAR-Draft and revise: and file letter motion. | Brett Klein 0.50 | $575.00 | $287.50 |
| 07/20/2016 | PayneRos.01 | DAR-Draft and revise: and file letter motion for extension of time. | Brett Klein 0.50 | $575.00 | $287.50 |
| 05/05/2016 | PayneRos.01 | DAR-Draft and revise: Draft, revise and file motion for extension of time. | Brett Klein 0.71 | $575.00 | $408.25 |
| 05/04/2016 | PayneRos.01 | TC-Telephone conference with: TC with Okereke. Consents to 10 weeks. Needs 6 weeks to get authority. Draft motion. | Brett Klein 0.67 | $575.00 | $385.25 |
| 05/03/2016 | PayneRos.01 | RR-Review and revise: Prepare fees and expenses invoice for defense counsel. Review file. | Brett Klein 1.51 | $575.00 | $868.25 |
| 03/08/2016 | PayneRos.01 | RA-Review and analyze: Draft motion for extension of time. | Lissa Green-Stark 0.10 | $350.00 | $35.00 |
| 03/06/2016 | PayneRos.01 | DAR-Draft and revise: Draft motion for fees. | Brett Klein 2.00 | $575.00 | $1,150.00 |
| 03/02/2016 | PayneRos.01 | DAR-Draft and revise: Draft motion for fees. | Brett Klein 3.41 | $575.00 | $1,960.75 |
| 02/04/2016 | PayneRos.01 | DAR-Draft and revise: Draft letter motion for extension of time. | Brett Klein 0.67 | $575.00 | $385.25 |
| 02/03/2016 | PayneRos.01 | TC-Telephone conference with: Telephone conference with Christina Okereke. Meeting with LGS. Telephone conference with Christina Okereke. D's consent to extension of time. | Brett Klein 0.34 | $575.00 | $195.50 |
| 12/17/2015 | PayneRos.01 | CA-Court appearance: Prepare for and attend trial. | Brett Klein 12.00 | $575.00 | $6,900.00 |
| 12/17/2015 | PayneRos.01 | ATT-Attended: Prepare for and attend trial. | Lissa Green-Stark 9.00 | $350.00 | $3,150.00 |
| 12/16/2015 | PayneRos.01 | CA-Court appearance: Prepare for and attend trial. | Lissa Green-Stark 10.00 | $350.00 | $3,500.00 |
| 12/16/2015 | PayneRos.01 | ATT-Attended: Prepare for and attend trial. | Brett Klein 13.50 | $575.00 | $7,762.50 |

| Date | Matter | Description | User | Rate | Total |
|---|---|---|---|---|---|
| 12/15/2015 | PayneRos.01 | ATT-Attended: Prepare for and attend trial. | Lissa Green-Stark<br>13.00 | $350.00 | $4,550.00 |
| 12/15/2015 | PayneRos.01 | CA-Court appearance: Prepare for and attend trial. | Brett Klein<br>14.00 | $575.00 | $8,050.00 |
| 12/14/2015 | PayneRos.01 | PP-Plan and prepare for: Plan for and attend trial. | Brett Klein<br>14.50 | $575.00 | $8,337.50 |
| 12/14/2015 | PayneRos.01 | CA-Court appearance: Prepare for and attend trial. | Lissa Green-Stark<br>12.91 | $350.00 | $4,518.50 |
| 12/13/2015 | PayneRos.01 | PP-Plan and prepare for: Trial preparation. | Brett Klein<br>14.00 | $575.00 | $8,050.00 |
| 12/12/2015 | PayneRos.01 | PP-Plan and prepare for: Trial preparation. | Lissa Green-Stark<br>9.37 | $350.00 | $3,279.50 |
| 12/11/2015 | PayneRos.01 | PP-Plan and prepare for: Trial prep. Revise and file letter re: jury charges. | Brett Klein<br>8.00 | $575.00 | $4,600.00 |
| 12/11/2015 | PayneRos.01 | DAR-Draft and revise: Prepare Kirkland cross, RP direct, discuss exhibits and document prep with AB. | Lissa Green-Stark<br>8.52 | $350.00 | $2,982.00 |
| 12/10/2015 | PayneRos.01 | PP-Plan and prepare for: Telephonic conference and trial prep. Note rulings. Discuss strategy for Bender deposition with LGS. | Brett Klein<br>3.83 | $575.00 | $2,202.25 |
| 12/10/2015 | PayneRos.01 | DAR-Draft and revise: Review file. Draft cross of Kirkland | Lissa Green-Stark<br>7.79 | $350.00 | $2,726.50 |
| 12/09/2015 | PayneRos.01 | DAR-Draft and revise: Draft and revise opposition to defendant's motion in limine. | Brett Klein<br>1.61 | $575.00 | $925.75 |
| 12/09/2015 | PayneRos.01 | DAR-Draft and revise: Draft pre-trial motions, letters, responses, etc. Conduct legal research. | Lissa Green-Stark<br>6.06 | $350.00 | $2,121.00 |
| 12/09/2015 | PayneRos.01 | PP-Plan and prepare for: Prepare for trial. Draft and revise letter to SAS. Review file. | Brett Klein<br>3.91 | $575.00 | $2,248.25 |
| 12/08/2015 | PayneRos.01 | PP-Plan and prepare for: Prepare for trial. Review D's motions and opposition to letter motion. | Brett Klein<br>5.64 | $575.00 | $3,243.00 |
| 12/07/2015 | PayneRos.01 | DAR-Draft and revise: Draft letter to preclude witnesses. | Lissa Green-Stark<br>4.27 | $350.00 | $1,494.50 |

| Date | Matter | Description | User | Rate | Total |
|---|---|---|---|---|---|
| 12/07/2015 | PayneRos.01 | RR-Review and revise: Review motion. Prepare for trial. | Brett Klein<br>3.74 | $575.00 | $2,150.50 |
| 12/04/2015 | PayneRos.01 | DAR-Draft and revise: Draft and revise pretrial submissions. | Brett Klein<br>10.61 | $575.00 | $6,100.75 |
| 12/04/2015 | PayneRos.01 | DAR-Draft and revise: Draft and revise pre-trial submissions for filing (requests to charge, proposed voir dire, etc.) | Lissa Green-Stark<br>7.91 | $350.00 | $2,768.50 |
| 12/03/2015 | PayneRos.01 | DAR-Draft and revise: Revise and edit motion in limine, JPTO, and letter to GWG. | Brett Klein<br>3.70 | $575.00 | $2,127.50 |
| 12/03/2015 | PayneRos.01 | DAR-Draft and revise: Draft and revise motions in limine, JPTO and settlement letter. | Lissa Green-Stark<br>3.40 | $350.00 | $1,190.00 |
| 12/03/2015 | PayneRos.01 | TC-Telephone conference with: TC with AAG re: settlement. | Brett Klein<br>0.56 | $575.00 | $322.00 |
| 12/02/2015 | PayneRos.01 | TC-Telephone conference with: Telephone conversations with AAG and client (separate) re: settlement. Office meeting with LGS. | Brett Klein<br>1.51 | $575.00 | $868.25 |
| 12/01/2015 | PayneRos.01 | RR-Review and revise: Revise and edit pre-trial submissions. | Brett Klein<br>0.68 | $575.00 | $391.00 |
| 12/01/2015 | PayneRos.01 | TC-Telephone conference with: TC with AAG re: settlement authority. They will call tomorrow. | Brett Klein<br>0.56 | $575.00 | $322.00 |
| 12/01/2015 | PayneRos.01 | DAR-Draft and revise: Draft JPTO & MIL. Participate in telephone conference with BK and AG's office. Discuss with BK. | Lissa Green-Stark<br>8.36 | $350.00 | $2,926.00 |
| 11/25/2015 | PayneRos.01 | TC-Telephone conference with: TC with client. | Lissa Green-Stark<br>0.12 | $350.00 | $42.00 |
| 11/25/2015 | PayneRos.01 | DOC-Document preparation/typing: Assist AB in copying MRI and drafting cover letter. | Lissa Green-Stark<br>0.18 | $350.00 | $63.00 |
| 11/24/2015 | PayneRos.01 | OCW-Office conference with: Discuss request for MRI w/ BK and AB. Draft email to AAG Okereke. | Lissa Green-Stark<br>0.55 | $350.00 | $192.50 |
| 11/23/2015 | PayneRos.01 | ATT-Attended: Attended deposition of Danielle Payne. | Lissa Green-Stark<br>3.00 | $350.00 | $1,050.00 |
| 11/17/2015 | PayneRos.01 | EML-Email: Draft email to BK re: settlement workup. | Lissa Green-Stark<br>0.64 | $350.00 | $224.00 |

| Date | Matter | Description | User | Rate | Total |
|---|---|---|---|---|---|
| 11/17/2015 | PayneRos.01 | RA-Review and analyze: Review file. Discuss trial strategy and settlement demand with LGS. Prepare demand per GWG's order. | Brett Klein<br>1.29 | $575.00 | $741.75 |
| 11/17/2015 | PayneRos.01 | MIS-(miscellaneous fee): Confer w/ BK. Draft emails to AAG Okereke and to client. | Lissa Green-Stark<br>0.21 | $350.00 | $73.50 |
| 11/12/2015 | PayneRos.01 | OCW-Office conference with: Meet with LGS re: deposition and IME updates. | Brett Klein<br>0.34 | $575.00 | $195.50 |
| 11/12/2015 | PayneRos.01 | EML-Email: Draft email to AAG Okereke. | Lissa Green-Stark<br>0.10 | $350.00 | $35.00 |
| 11/12/2015 | PayneRos.01 | TC-Telephone conference with: TC with Danielle re: 11/23 am preferred. | Lissa Green-Stark<br>0.10 | $350.00 | $35.00 |
| 11/10/2015 | PayneRos.01 | OCW-Office conference with: Discuss client notification for IME and trial strategy with LGS. | Brett Klein<br>0.43 | $575.00 | $247.25 |
| 11/10/2015 | PayneRos.01 | LCB-Left call back message for client.: Sent follow-up email to client. | Lissa Green-Stark<br>0.34 | $350.00 | $119.00 |
| 11/10/2015 | PayneRos.01 | OCW-Office conference with: Meet with Brett re: action items and strategy. | Lissa Green-Stark<br>0.10 | $350.00 | $35.00 |
| 11/06/2015 | PayneRos.01 | EML-Email: Tried reaching client by phone. Sent call back email. | Lissa Green-Stark<br>0.10 | $350.00 | $35.00 |
| 11/02/2015 | PayneRos.01 | ATT-Attended: Prepare for and attend PMC conference. | Lissa Green-Stark<br>2.63 | $350.00 | $920.50 |
| 11/02/2015 | PayneRos.01 | ATT-Attended: Prepare for and attend conference. | Brett Klein<br>3.00 | $575.00 | $1,725.00 |
| 10/30/2015 | PayneRos.01 | DOC-Document preparation/typing: Finalize and mail expert disclosure. | Lissa Green-Stark<br>0.60 | $350.00 | $210.00 |
| 10/30/2015 | PayneRos.01 | RR-Review and revise: Review and finalize expert disclosures. | Brett Klein<br>0.93 | $575.00 | $534.75 |
| 10/29/2015 | PayneRos.01 | DAR-Draft and revise: Discuss PMC letter with BK. Research and edit as discussed. | Lissa Green-Stark<br>0.83 | $350.00 | $290.50 |
| 10/29/2015 | PayneRos.01 | RR-Review and revise: Review file. Edit and revise motion response. | Brett Klein<br>2.46 | $575.00 | $1,414.50 |

| Date | Matter | Description | User | Rate | Total |
|---|---|---|---|---|---|
| 10/28/2015 | PayneRos.01 | DAR-Draft and revise: Final revisions and review of PMC opposition. | Lissa Green-Stark 0.57 | $350.00 | $199.50 |
| 10/27/2015 | PayneRos.01 | DAR-Draft and revise: Research and revise letter in opposition to request for PMC. | Lissa Green-Stark 1.19 | $350.00 | $416.50 |
| 10/26/2015 | PayneRos.01 | DAR-Draft and revise: Draft and revise plaintiff's opposition to defendant's PMC letter. | Lissa Green-Stark 2.76 | $350.00 | $966.00 |
| 10/26/2015 | PayneRos.01 | DAR-Draft and revise: Review file. Draft plaintiff's expert disclosure. | Lissa Green-Stark 0.26 | $350.00 | $91.00 |
| 10/26/2015 | PayneRos.01 | MIS-(miscellaneous fee): Confer with BK. Draft and file letter motion for extension of time. | Lissa Green-Stark 0.28 | $350.00 | $98.00 |
| 10/23/2015 | PayneRos.01 | COM-Communicate with: TC with AAG Okereke re: extension request. | Lissa Green-Stark 0.10 | $350.00 | $35.00 |
| 10/23/2015 | PayneRos.01 | DAR-Draft and revise: Draft and revise motion for extension of time. | Lissa Green-Stark 0.18 | $350.00 | $63.00 |
| 10/23/2015 | PayneRos.01 | RA-Review and analyze: Review defendant's PMC Letter. Look up judge's rules. Discuss with BK. | Lissa Green-Stark 0.37 | $350.00 | $129.50 |
| 10/21/2015 | PayneRos.01 | RA-Review and analyze: Review file. Draft email to BK. | Lissa Green-Stark 0.31 | $350.00 | $108.50 |
| 10/19/2015 | PayneRos.01 | RA-Review and analyze: Analyze expert issues. Discuss with BK. | Lissa Green-Stark 0.27 | $350.00 | $94.50 |
| 10/15/2015 | PayneRos.01 | DAR-Draft and revise: Letter to SAS. | Brett Klein 0.75 | $575.00 | $431.25 |
| 10/14/2015 | PayneRos.01 | DAR-Draft and revise: Motion for extension of time. | Lissa Green-Stark 0.19 | $350.00 | $66.50 |
| 10/01/2015 | PayneRos.01 | DAR-Draft and revise: Revise and finalize motion. Review file. TC with Dr. Meislin. | Brett Klein 1.26 | $575.00 | $724.50 |
| 09/30/2015 | PayneRos.01 | TC-Telephone conference with: TC with Dr. Meislin. Draft email to AAG Okereke. | Brett Klein 0.10 | $575.00 | $57.50 |
| 09/18/2015 | PayneRos.01 | TC-Telephone conference with: Telephone conference with Roseanne. Telephone conference with Claudeen from Dr. Meislin. Review file. | Brett Klein 1.06 | $575.00 | $609.50 |

| Date | Matter | Description | User | Rate | Total |
|---|---|---|---|---|---|
| 08/31/2015 | PayneRos.01 | ATT-Attended: Attend deposition. | Lissa Green-Stark 3.50 | $350.00 | $1,225.00 |
| 08/31/2015 | PayneRos.01 | PP-Plan and prepare for: Prepare for deposition. | Lissa Green-Stark 2.00 | $350.00 | $700.00 |
| 08/31/2015 | PayneRos.01 | OCW-Office conference with: Meet with client. | Brett Klein 0.72 | $575.00 | $414.00 |
| 08/27/2015 | PayneRos.01 | TC-Telephone conference with: TC with cient. | Lissa Green-Stark 0.65 | $350.00 | $227.50 |
| 08/25/2015 | PayneRos.01 | ATT-Attended: Conduct EBT of Kirkland. | Lissa Green-Stark 4.25 | $350.00 | $1,487.50 |
| 08/24/2015 | PayneRos.01 | PP-Plan and prepare for: Finish prepping for Kirkland deposition. | Lissa Green-Stark 0.93 | $350.00 | $325.50 |
| 08/20/2015 | PayneRos.01 | PP-Plan and prepare for: Prepare for Kirkland deposition. | Lissa Green-Stark 1.67 | $350.00 | $584.50 |
| 08/17/2015 | PayneRos.01 | DAR-Draft and revise: Letter to SAS. LCBM for Okereke. Review File. Talk to Dr. Meislin. | Brett Klein 1.23 | $575.00 | $707.25 |
| 08/13/2015 | PayneRos.01 | TC-Telephone conference with: Telephone conference with client. Telephone conference with AAG Okereke. Stipulation on 8/14 or 8/17. Documents are ready. Deppose Kirkland on 8/25. Payne on 8/31. Okereke to confirm if she has address of tow truck driver. Set up appt with Meislin for 8/18. | Brett Klein 2.09 | $575.00 | $1,201.75 |
| 08/12/2015 | PayneRos.01 | Review file. Pull relevant documents for Meislin evaluation. | Lissa Green-Stark 0.17 | $350.00 | $59.50 |
| 08/11/2015 | PayneRos.01 | Draft subpoena. Search for service address for William Bender. Draft email to AAG Okereke. | Lissa Green-Stark 0.50 | $350.00 | $175.00 |
| 08/11/2015 | PayneRos.01 | Research sequence of depositions. Draft email to BK. | Lissa Green-Stark 0.49 | $350.00 | $171.50 |
| 07/27/2015 | PayneRos.01 | Draft deposition notice. Discuss deficiency letter with BK. | Lissa Green-Stark 0.44 | $350.00 | $154.00 |
| 07/22/2015 | PayneRos.01 | RR-Review and revise: Review file, draft and revise letter. Discuss with JL. | Brett Klein 1.00 | $575.00 | $575.00 |

| Date | Matter | Description | User | Rate | Total |
| --- | --- | --- | --- | --- | --- |
| 07/21/2015 | PayneRos.01 | TC-Telephone conference with: Telephone conference with client. Revise and edit letter. | Brett Klein<br>0.94 | $575.00 | $540.50 |
| 07/21/2015 | PayneRos.01 | DAR-Draft and revise: Revise and edit settlement letter. Review file. Work up demand. Telephone conference with AAG Okereke. She wants to adjourn. | Brett Klein<br>2.32 | $575.00 | $1,334.00 |
| 07/20/2015 | PayneRos.01 | Draft discovery deficiency letter. | Lissa Green-Stark<br>1.00 | $350.00 | $350.00 |
| 07/20/2015 | PayneRos.01 | Draft settlement letter. | Lissa Green-Stark<br>1.42 | $350.00 | $497.00 |
| 07/10/2015 | PayneRos.01 | DAR-Draft and revise: Discovery responses | Brett Klein<br>0.82 | $575.00 | $471.50 |
| 07/10/2015 | PayneRos.01 | DAR-Draft and revise: Prepare discovery responses | Lissa Green-Stark<br>1.77 | $350.00 | $619.50 |
| 04/08/2015 | PayneRos.01 | FEE: Revise and finalize cover letter, 26a and demands. Prepare for and attend IC. Discussion with Court of each side's story. 9/16 Final PTC and/or PMC - submit PMC letters in advance. NO expert discovery before the final PTC. Referred to magistrate (GWG) for settlement in July. Ask for it to be earlier if we want. Next conference set for 9/16/15 at 4:30 pm to discuss whether any viable motion or if a trial will be necessary. | Brett Klein<br>1.00 | $575.00 | $575.00 |
| 04/07/2015 | PayneRos.01 | FEE: Prep initial conference docs - 26a, demands, letter - and summarize case. | Lissa Green-Stark<br>1.45 | $350.00 | $507.50 |
| 03/25/2015 | PayneRos.01 | FEE: Discuss amended complaint with LGS. Revise and edit. | Brett Klein<br>0.67 | $575.00 | $385.25 |
| 03/23/2015 | PayneRos.01 | FEE: Review file. Revise amended complaint. | Brett Klein<br>1.17 | $575.00 | $672.75 |
| 03/02/2015 | PayneRos.01 | FEE: Telephone conference with AAG Christina Okereke. Consent to 30 days for d to answer. | Brett Klein<br>0.10 | $575.00 | $57.50 |
| 01/14/2015 | PayneRos.01 | FEE: Telephone conference with Dan Moynihan. OK to serve Kirkland at Troop K Headquarters, 2541 Route 44, Salt Point, NY 12578. | Brett Klein<br>0.21 | $575.00 | $120.75 |
| 01/14/2015 | PayneRos.01 | FEE: LCBM for: Dan Moynihan., Assistant Counsel, Division of State Police @ (518) 457-6137/Fax (518) 485-1164. | Brett Klein<br>0.03 | $575.00 | $17.25 |
| 12/26/2014 | PayneRos.01 | FEE: Review file. Call process server for update. Draft and finalize letter to SAS. | Brett Klein | $575.00 | $488.75 |

| Date | Matter | Description | User | Rate | Total |
|---|---|---|---|---|---|
| | | | 0.85 | | |
| 12/18/2014 | PayneRos.01 | FEE: Telephone conference with AAG Tomari re: assistance with service issues. | Brett Klein<br><br>0.25 | $575.00 | $143.75 |
| 08/15/2014 | PayneRos.01 | FEE: Draft complaint. | Lissa Green-Stark<br><br>0.76 | $350.00 | $266.00 |
| 07/22/2014 | PayneRos.01 | FEE: Review file. Confer with client and JL. | Lissa Green-Stark<br><br>0.29 | $350.00 | $101.50 |
| | | | 319.32 | | $151,713.00 |