| Date | Description | User | Amount | Invoice |
|---|---|---|---|---|
| 01/18/2016 | Dr. Meislin - fee for expert testimony. | Brett Klein PayneRos.01 | $7,000.00 | Pending Billing |
| 12/13/2015 | Staples - bankers boxes for transport of file to Court. | Brett Klein PayneRos.01 | $16.33 | Pending Billing |
| 12/11/2015 | Staples - photo paper for trial exhibits. | Brett Klein PayneRos.01 | $17.41 | Pending Billing |
| 12/04/2015 | Car fare - Lissa. | Lissa Green-Stark PayneRos.01 | $17.25 | Pending Billing |
| 10/01/2015 | Dr. Meislin - fee for review of records and report. | Brett Klein PayneRos.01 | $1,000.00 | Pending Billing |
| 10/01/2015 | NYU - fee for examination. | Brett Klein PayneRos.01 | $350.00 | Pending Billing |
| 08/25/2015 | Diamond Reporting - Transcription charge deposition of Kirkland | Lissa Green-Stark PayneRos.01 | $1,315.80 | Pending Billing |
| 04/08/2015 | Chatham parking - court appearance. | Brett Klein PayneRos.01 | $16.00 | Pending Billing |
| 01/28/2015 | United Process Service, Inc. - total fees for two attempted services, and successful service of summons and complaint on Kirkland | Lissa Green-Stark PayneRos.01 | $248.00 | Pending Billing |
| 01/14/2015 | FedEx to United Process Service. | Brett Klein PayneRos.01 | $10.00 | Pending Billing |
| 09/03/2014 | Civil Filing Fee. | Brett Klein PayneRos.01 | $400.00 | Pending Billing |
| 11/12/2013 | Fee for records from Ocean Orthopedic Assoc. | Brett Klein PayneRos.01 | $32.00 | Pending Billing |
| 10/31/2013 | Fee for records from Health Port. | Brett Klein PayneRos.01 | $30.72 | Pending Billing |
| 12/16/2011 | Car fare - BK. | Brett Klein PayneRos.01 | $11.00 | Pending Billing |
| 12/16/2011 | Eastern LX car service. | Brett Klein PayneRos.01 | $23.28 | Pending Billing |
| | | | $10,487.79 | |